IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-368-KAJ |
| | ) |
| U.S. DEPARTMENT OF STATE | ) |
| INTERNATIONAL CHILD | ) |
| ABDUCTION, et al., | ) |
| | ) |
| Defendant(s). | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 1, 2005, this Court entered an order requiring the plaintiff to submit, within 30 days, a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, on January 13, 2006, this Court entered an Order dismissing the complaint for failure to submit the required documents (D.I. 4);

WHEREAS, on January 25, 2006, the plaintiff filed a motion for reconsideration (D.I. 5) seeking additional time to submit the required documents;

THEREFORE, at Wilmington this 3rd day of March, 2006, IT IS HEREBY ORDERED that the plaintiff shall submit the required forms within 30 days from the date of this Order. Failure to provide the documents in a timely manner will result in

dismissal of this case. The plaintiff is put on notice that the Court will not grant any further extensions to submit the required documents.

_____
UNITED STATES DISTRICT JUDGE