IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,      :

   Plaintiff,         :

                           :

   V.                 :   Civil No. 05-368-KAJ

                           :

U.S. DEPARTMENT OF STATE
INTERNATIONAL CHILD      :
ABDUCTION, et al.
                           :

   Defendant.         :

FILED
APR 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AUTHORIZATION

I, Gbeke Michael Awala, request and uthorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. Section 1915(b) and required by the Court's order dated _____, 2006. This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization is voluntary and inteligent. Following the courts Order dated March 3, 2006, so Ordered, the plaintiff to submit a copy of past six months account statement to support pauper, the plaintiff as now submit a copy for the Honorable court's perusal. Although a little late, however, institutional confisticating of inmates property from segregation, which the court was informed inter alia. I respectfully await judgment of the merits.

Dated. _____, 2006.

Respectfully submitted,

_____
Gbeke Michael Awala Pro Se

1-4.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,          :

    Plaintiff,              :

                              ;          Civil No.05-368-KAJ
    V.
                              :

U.S. DEPARTMENT OF STATE
INTERNATIONAL CHILD            ;
ABDUCTION, et al.
                              ;

ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion and Authorization to Withraw Funds from his Prisoner trust account, and the court haven satisfy the interest of justice that the Plaintiff is indigent and must be therein permitted to continue the case in in forma pauperis, it is hereby ordered that the disposition of the case as well as evidentiary hearing is scheduled for _____, 2006.

By the Court,

_____ J.

## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:** You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution. The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.**

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution

(Rev. 5/00).

# Inmate Statement



| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
|---|---|---|---|
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 6 SOUTH |
| Report Date: | 03/02/2006 | Living Quarters: | F03-620U |
| Report Time: | 11:13:21 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | 2/2/2006 9:00:42 PM | FPHLD089-603 | | | Debt Encumbrance | | ($11.40) | -------- |
| PHL | 2/2/2006 8:54:18 PM | JV0027 | | | Photo Copies | ($1.70) | | $11.40 |
| PHL | 1/30/2006 12:25:21 PM | JV0020 | | | Photo Copies | ($3.40) | | $13.10 |
| PHL | 12/24/2005 3:36:42 AM | FPHLD855-321 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| PHL | 12/24/2005 3:36:42 AM | FPHLD807-176 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| PHL | 12/24/2005 3:36:42 AM | 6PHLD757-284 | | | Debt Encumbrance - Released | | $3.50 | -------- |
| PHL | 12/5/2005 9:09:42 AM | FPHLD855-321 | | | Debt Encumbrance | | ($8.00) | -------- |
| PHL | 12/5/2005 9:09:20 AM | JV0014-V | | | Photo Copies | $5.80 | | $16.50 |
| PHL | 12/5/2005 9:09:15 AM | JV0014 | | | Photo Copies | ($5.80) | | $10.70 |
| PHL | 12/5/2005 9:08:51 AM | JV0014-V | | | Photo Copies | $1.60 | | $16.50 |
| PHL | 12/5/2005 8:53:36 AM | JV0014 | | | Photo Copies | ($1.60) | | $14.90 |
| PHL | 12/1/2005 2:07:57 AM | 6PHLD711-279 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| PHL | 12/1/2005 2:07:57 AM | 6PHLD712-280 | | | Debt Encumbrance - Released | | $4.00 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD724-282 | | | Debt Encumbrance - Released | | $3.30 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD691-281 | | | Debt Encumbrance - Released | | $3.00 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD725-283 | | | Debt Encumbrance - Released | | $2.20 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD691-66 | | | Debt Encumbrance - Released | | $1.40 | -------- |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD725 | | | Photo Copies | ($2.20) | | $16.50 |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD724 | | | Photo Copies | ($3.30) | | $18.70 |
| PHL | 11/22/2005 2:07:18 AM | 6PHLD691 | | | Photo Copies | ($4.40) | | $22.00 |
| PHL | 11/21/2005 5:40:25 AM | 70145703 | | | Lockbox - CD | $20.00 | | $26.40 |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD725-283 | | | Debt Encumbrance | | ($2.20) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD691-281 | | | Debt Encumbrance | | ($3.00) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD724-282 | | | Debt Encumbrance | | ($3.30) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD757-284 | | | Debt Encumbrance | | ($3.50) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD711-279 | | | Debt Encumbrance | | ($4.00) | -------- |
| PHL | 11/21/2005 5:40:25 AM | 6PHLD712-280 | | | Debt Encumbrance | | ($4.00) | -------- |
| PHL | 11/7/2005 10:55:34 AM | FPHLD807-176 | | | Debt Encumbrance | | ($5.00) | -------- |
| PHL | 11/2/2005 8:49:32 AM | JV0008 | | | Photo Copies | ($5.00) | | $6.40 |
| PHL | 11/1/2005 2:07:53 AM | 6PHLD711-56 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| PHL | 11/1/2005 2:07:53 AM | 6PHLD712-57 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| PHL | 11/1/2005 2:07:53 AM | 6PHLD711 | | D119 | PLRA Payment | $0.00 | | $11.40 |
| PHL | 10/25/2005 9:37:54 AM | 40 | | | Sales | $0.00 | | $11.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PHL | 10/16/2005 2:07:09 AM | 5PHLD542 - 60 | Debt Encumbrance - Released | | $3.50 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD532 - 59 | Debt Encumbrance - Released | | $3.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD666 - 63 | Debt Encumbrance - Released | | $2.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD497 - 58 | Debt Encumbrance - Released | | $2.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 6PHLD685 - 65 | Debt Encumbrance - Released | | $1.20 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD646 - 61 | Debt Encumbrance - Released | | $1.00 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD661 - 62 | Debt Encumbrance - Released | | $0.60 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD674 - 64 | Debt Encumbrance - Released | | $0.30 | -------- |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD674 | Photo Copies | ($0.30) | | $12.60 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD661 | Photo Copies | ($0.60) | | $14.90 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD646 | Photo Copies | ($1.00) | | $15.50 |
| PHL | 10/16/2005 2:07:09 AM | 6PHLD685 | Photo Copies | ($1.20) | | $11.40 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD666 | Photo Copies | ($2.00) | | $12.90 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD497 | Photo Copies | ($2.00) | | $23.00 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD532 | Photo Copies | ($3.00) | | $20.00 |
| PHL | 10/16/2005 2:07:09 AM | 5PHLD542 | Photo Copies | ($3.50) | | $16.50 |
| PHL | 10/15/2005 5:56:00 AM | 70143301 | Lockbox - CD | $25.00 | | $25.00 |

1 2

**Total Transactions: 66**

Totals:    $11.40    ($11.40)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PHL | $0.00 | $0.00 | $11.40 | $0.00 | $0.00 | $0.00 | $0.00 | $11.40 |
| **Totals:** | **$0.00** | **$0.00** | **$11.40** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$11.40** |