IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-368-KAJ |
| | ) |
| U.S. DEPARTMENT OF STATE | ) |
| INTERNATIONAL CHILD | ) |
| ABDUCTION, and U.S. EMBASSY | ) |
| NIGERIA, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 1, 2005, this Court entered an order requiring Plaintiff to submit, within 30 days, a request to proceed *in forma pauperis,* and a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, Plaintiff did not provide the documents, and on January 13, 2006, this Court entered an order dismissing the complaint for failure to submit a request to proceed *in forma pauperis* and a certified copy of the trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint (D.I. 4);

WHEREAS, on March 3, 2006, this Court granted Plaintiff's motion for reconsideration and gave him an additional thirty (30) days from the date of the order to

submit the required documents (D.I. 6);

WHEREAS, the March 3, 2006, order made specific mention of the trust fund account statement, but made no mention of a request to proceed *in forma pauperis*;

WHEREAS, Plaintiff provided the Court with his trust fund account statement, albeit late, but as of the date of this order he has not provided the Court with a request to proceed *in forma pauperis*

THEREFORE, at Wilmington this 9th day of May, 2006, IT IS HEREBY ORDERED that Plaintiff shall submit the required request to proceed *in forma pauperis* within fourteen (14) days from the date of this order. **Failure to provide the documents in a timely manner will result in dismissal of this case. Plaintiff is put on notice that the Court will not grant any further extensions to submit the required documents.**

_____
UNITED STATES DISTRICT JUDGE