IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,  :

    Plaintiff,  :

                                :

V.  :  CASE No. Civil No. 05-368-KAJ

U.S DEPARTMENT OF STATE  :
INTERNATIONAL CHILD
ABDUCTION,  :
        1.
CONDOLEEZA RICE, et al  ;

FILED
MAY 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

THE MARTYRDOM OF AN AMERICAN CITIZEN

AND NOW COMES, the Plaintiff, Mr Gbeke M. Awala, respectfully moves the honorable clerk, to accept this format for filing of the above case, and also moves to join a party pursuant to Fed.R.Civ.P. rule 19, the secretary of State in her individual capacity, for commanding the forbiding actions againt the Plaintiff in the color of her extremities had power to correct the wrongs of the Defendant after learning of facts, thus, failed to intervene and thereby violates the Plaintiffs, Fifth, and Fourteenth Amendment rights out of Title 42 U.S.C. Sections 1981, 1982, 1983 and 1985. While the Plaintiff's Mother is looking in spirit plaintiff is been tortured to the same beign tormented and the Plaintiff's first Contact with the Defendants for help is worthy of remembrance:

    'I was innocent young and was at age 12years, had all the American features, such as Accent and singing vocals, did wanted a search of my parents, from quite memory and diagnoses of desease, untill made clean in Nigeria on or around 1980, from the abduction from the United States since 1977, behold I challenge the Defendant because the Congress entrusted

funds to bring back Americans whom whereabout are unknown.

### (I)   Loss of Childhood

I grew up hating the Defendants guts because I was always afraid in the Country I was taken too, and because it's difficult to love one who has robbed you of your childhood.. Coupel with the following losses.

1. Loss of memory of childhood: Sexual child abuse is extremely difficult to endure. One way of dealing with the pain is to put waht is happening out of mind.

2. Loss of healthy social contact: When a little child was born in this social gardring and used to seeing scuby doos and other sensitive programs on the T.V's, thus, the little child feels that his only only safety is in isolation, it seriously impairs his ability to respond to others.

3. Loss of opportunity to Play: If you were to ask what the Plaintiff do with his time, "PLay. This is not true for abused child.

4. Loss of opportunity to learn: Childhood play and learning is more than frivolous enjoyment in the United States. In a society grooomed with abundance and cultural values, thus, the Plaintiff was robbed of all these essentials.

5. Other Losses: Loss of Parents, not having beign valued as a child makes it extremely hard to create positive adult self-esteem.

WHEREFORE, the Plaintiff moves to be recognize as a Child in the clearity

2.

and in addition to other relief sought an Education at Yale University Law---would not hut the Defendant's purse.

The enclosed pictures of our Woman supports my Mothers spirit here in the United States of America and her whereabout is unknown.

Dated. 5/5/, 2006.

                                      Respectfully submitted,

                                      Gbeke M. Awala
                                      No. 82074-054
                                      Federal Detention Center
                                      P.O. Box 562
                                      Philadelphia, Pa 19105

Gbeke Michael Awala
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

Office of the Clerk
United States District Court
for the District of Delware
Lockbox 18
844 King Str
Wilmington, DE 19801