IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,                    :

        Plaintiff,                    :

v.                                      :

                                        :    Civil No. 05-368-KAJ

U.S. DEPARTMENT OF STATE                :
INTERNATIONAL CHILD
ABDUCTION et al,                        :

APPLICATION TO PROCEED IN FORMA PAUPERIS

FILED
MAY 24 2006
BDscanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AND NOW What???? the Court had already granted the in forma pauperis in the above captioned matter, expecially been one of the very first Civil Cases filed by the Plaintiff in this court alleging the suit aganist the defendants, including their policies, practices, and procedures used on Plaintiff, when it heard about the case and their failure to take care, it is well setled that the conduct of the defendants as more described on records. Said directly participated in the perpetuation of the illegal practices of racial discrimination. Thus, if the court wishes to reassess the plaintiff's privilege to proceed in forma pauperis, they court may do so. In support thereof the Plaintiff satates as follows:

        Plaintiff Gbeke Michael Awala, Fed. No. 82074-054, is a Pro Se litigant who currently is incarcerated at the Federal Detention Center Philadelphia (FDC), in Philadelphia, plaintiff filed this action pursuant to 42 U.S.C. Section 1983 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. Section 1915..

The Court in applying its standard of review may then screen the Plaintiff's in forma pauperis claim pursuant to the provisions of Section 1915(e)(2)(B)-1915A(b)(1). The Court should grant the Plaintiff's application based on the information submitted herein in his prisoner's trust Account statement for past six Months.

The Court should agree with the plaintiff that this Court entered Judgment in its criminal Case should not be counted so as to deny pauper or preclude the Plaintiff from continuing its civil rights petition-a,-meaning that any opinion that if the Plaintiff is successful would necessarily imply the invalidity of the plaintiff's conviction and sentence. See Heck v. Humprehy, 512 U.S. 477(1994). However, the Court should setaside the Heck's theory and review and consider the merits in the case thereof and should consider the Heck's case and its following precedents to be at odds with-allowing the Civil case and therefore required to give way. See U.S. v. LaBonte, 137 L.Ed.2d 1001(1997)('to be at odds with plain language of Title.., and thus required to give way). Here, the Plaintiff states that if the court used the Heck case to disturbe the Plaintiff it then indeed must be found to be at odds with the provisions of Title 42 U.S.C. Section 1983, and thus must therein give way so that the Plaintiff can be heard.

The Court is to finally screen the case and consider other cases filed by the Plaintiff in other courts that may be against the plaintiff's interest to be consider under in forma pauperis, nevertheless the court should use its discretion in a manner consistent with fair play and decency and/or reduments of justice.

The court should acknowledge what is been done upon the Plaintiff's case---for he his a Citizen of the United States, and so I implore the court to permit me to speak.

2.

WHEREFORE, Plaintiff prays for relief as follows:

1. That the Court determine and enter judgment declaring that the acts and omissions of Defendants, as set forth above, violate rights secured to Plaintiff by the Fifth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. Sections 1981, 1982, 1983 and 1985.

2. That the Court award general damges to Plaintiff in excess of Eight Million Dollars ($8,000,000.00);

3. That the Court award punitive damages to Plaintiff in this action, including reasonable provisions for Plaintiff's attorney's fees;

4. That Defendants be required to pay all costs in connection with zealous delivering of American Citizens in Africa stopped from reentrying the United States with great silence;

5. As a direct and proximate result of the above-secribed actions as well those well pleaded on records, Plaintiff wants the Defendant to fund him in its search for his biological Mothers whereabouts.

6. That the Court grant such further and additional relief that it deems appropriate. Most Notably, grant in forma pauperis.

Dated. 5/21, 2006.

_____
Gbeke M. Awala Pro Se

No. 82074-054
Federal Detention Center
P.O. Box 562

3.

ViewAllTransCombined                                                                      Page 1 of 2

## All Transactions

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 82074054 | | **Current Institution:** | Philadelphia FDC |
| **Inmate Name:** | AWALA, GBEKE | | **Housing Unit:** | 6 SOUTH |
| **Report Date:** | 05/19/2006 | | **Living Quarters:** | F03-628L |
| **Report Time:** | 12:19:44 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/15/2006 2:07:05 AM | AMSERVICE | Photo Copies | ($4.10) | FPHLD129 | | $43.10 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | FPHLD129 - 1090 | | |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $3.10 | FPHLD129 - 974 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($15.00) | FPHLD135 - 1091 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($1.00) | FPHLD129 - 1090 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD214 - 1089 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD162 - 1088 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD159 - 1087 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Western Union | $40.00 | 33316206 | | $47.20 |
| 5/9/2006 12:30:28 PM | PHL7239 | Photo Copies | ($1.70) | JV0036 | | $7.20 |
| 5/9/2006 12:28:48 PM | PHL7239 | Photo Copies | ($0.20) | JV0036 | | $8.90 |
| 5/3/2006 2:09:50 PM | PHL7239 | Photo Copies | ($0.30) | JV0036 | | $9.10 |
| 5/3/2006 1:57:57 PM | PHL7239 | Photo Copies | ($3.70) | JV0036 | | $9.40 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD159 | D717 | $13.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD162 | D716 | $33.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($10.00) | FPHLD214 | D715 | $53.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 969 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 968 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 967 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 935 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 934 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 933 | | |
| 4/24/2006 9:57:28 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/24/2006 9:56:42 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($4.80) | FPHLD122 | | $63.10 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($8.40) | FPHLD107 | | $67.90 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Inmate Co-pay | ($2.00) | FICD0206 | | $76.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($5.60) | FPHLD096 | | $78.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $4.80 | FPHLD122 - 973 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $8.40 | FPHLD107 - 972 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | FICD0206 - 971 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $1.70 | FPHLD096 - 970 | | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $3.90 | FPHLD096 - 938 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($3.10) | FPHLD129 - 974 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($4.80) | FPHLD122 - 973 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($8.40) | FPHLD107 - 972 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($2.00) | FICD0206 - 971 | | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($1.70) | FPHLD096 - 970 | | |
| | | | | FPHLD214 - | | |

ViewAllTransCombined                                                                 Page 2 of 2

| Date/Time | User | Type | Amount | Reference | Balance |
|---|---|---|---|---|---|
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | 969 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD162 - 968 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FPHLD159 - 967 | |
| 4/20/2006 1:12:35 PM | AMSERVICE | Western Union | $50.00 | 33314506 | $83.90 |
| 4/18/2006 8:15:17 AM | PHL5518 | Sales | $0.00 | 9 | $33.90 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Photo Copies | ($6.30) | FPHLD090 | $33.90 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Photo Copies | ($21.20) | FPHLD089 | $40.20 |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $6.30 | FPHLD090 - 937 | |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $9.80 | FPHLD089 - 936 | |
| 4/14/2006 2:07:07 AM | AMSERVICE | Debt Encumbrance - Released | $11.40 | FPHLD089 - 603 | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($3.90) | FPHLD096 - 938 | |
| 4/13/2006 5:15:09 PM | AMSERVICE | Debt Encumbrance | ($6.30) | FPHLD090 - 937 | |

1 2 3

Gbeke Michaela Awala Pro Se
No. 82074-054
Federal Detention Center
P.O. box 562
Philadelphia, PA 19105

Legal Mail:



Office of the Clerk
United States District Court
for the District of Delaware
844 N. King Street, Lockbox 18
Wilmington, DE 19801