IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA | : |
|     Plaintiff | : |
|     v. | : |
| U.S. DEPARTMENT OF STATE | : Civil No. 05-368-KAJ |
| CONDOLEEZZA RICE | : |
| SECRETARY OF STATE. et al. | : |
| | : |

FILED
JUN 12 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CITIZENS SUIT

I have the Right-to-Know where my mother is See <u>Atlantic States Legal Foundation, Inc v. Buffalo Envelope,</u> W.D.N.Y. 1993 823 F.Supp 1065.

I am an American Citizen and there moneys rendered by Congress to find Americans in which there whereabout are unknown so use that money for the in forma pauperis account. Afterall the Court is taking Money for Awala vs Kosyte closed Case. I am american Citizen, I am American Citizen, I am American Citizen, i am American Citizen. America must strengthened his weak children, heal them and broke their chains and bring back those who are lost, instead it acted with cruelty and scatter them and failed to search for them, I am one of them I was lost and now brought back.

Dated. 6/8, 2006

Gbeke M. Awala
No. 82074-054

1-1

GBEKE MICHAEL AWALA Pro Se
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

legal Mail:

PHILADELPHIA PA 191
09 JUN 2006 PM 3 T

Honorable Kent A Jordan
United States District Court
for the District of delaware
844 N. King Street
Wilomington, DE 19801