IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT.

| | |
|---|---|
| GBEKE M. AWALA, <br> Plaintiff/Appellant. <br><br> Vs. <br><br> U.S. DEPARTMENT OF STATE INTERNATIONAL CHILD ABDUCTION and U.S. EMBASSY NIGERIA. <br><br> Defendant/Appellant. | Civil Action No. 05-368-KAJ <br><br> Appeal No. _____ |

## NOTICE OF APPEAL.

AND NOW COMES, the Plaintiff-Appellant in the above case, hereby given Gruesome treatment in the District Court, from the entry of final judgment entered on August 16, 2006, by Hon. Kent A. Jordan, In which the Judicial officer was gruffed and Contentious and persecuted rather than adjudicate matter in Conformity with rules and regulation, thus, reflected gross negligence, and Intentional failure to perform a manifest duty in reckless disregard of the Consequences of the defendant U.S. Department of State, International child abduction and U.S. Embassy Nigeria's wrongs to the life and property of Plaintiff under Article

III. U.S. Const. Guaranteed, a Contract, a promise and Obligation, pledge or avowal defendant failed to perform in favor and benefit of Plaintiff Gbeke M. Awala. Whereas, the District Court denying leave to proceed in forma pauperis alleging "Three strikes" provision, should have been misplaced, because the Court expressly endorsed the leave and thereafter Rejected the leave to proceed in forma pauperis. Thus, the Court erroneously denied hearing on merits of claim and/or Jury Trial of issues presented. Plaint was born here in Florida until his family separated. The Plaintiff from age 5, while in Chicago is father was killed and at age 6, moved to New York and at age 7, abducted to Africa. Assuredly he mourned and was uncomforted, the Court still have him persecuted and thrown into prison.

WHEREFORE, Plaintiff/Appellant prays Court grant him the leave to Appeal Case in forma pauperis and other relief deems fit and proper.
Submitted under penalty of perjury to be true and Correct.

Dated: August 23, 2006

Respectfully Submitted,

2-2. Gbeke M. Awala



Gbeke Michael Awala Pro Se
No. 82074-054
M.V.C.C
P.O. Box 2000
Philipsburg, PA 16866

legal Mail:

INMATE MAIL FROM A CORRECTIONAL FACILITY

Honorable Anthony Scirica
Chief Judge
U.S. Court of Appeals
for third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RECEIVED
AUG 30 2006
U.S.C.A. 3rd CIR.

U.S.M.S
X-RAY

UNITED STATES POSTAGE
$ 00.39⁰
PITNEY BOWES
02 1A
0004616631     AUG 28 2006
MAILED FROM ZIP CODE 16866