**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-4164</u>

Awala

vs.

US Dept State Intl, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 05-cv-00368)

O R D E R

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: October 17, 2006

cc:
    Mr. Gbeke Michael Awala
    Ilana H. Eisenstein, Esq.